UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF MAGNOLIA FLEET, LLC ET AL | CIVIL ACTION<br><br>NO:     16-12297<br><br>SECTION: "H" (4) |

### ORDER

**IT IS ORDERED** that **Motion to Compel Response to Request for Production of Documents and Motion for Costs (R. Doc. 40)** shall be heard **by oral argument** on **June 14, 2017 at 11:00 a.m.** in the undersigned United States Magistrate Judge's Courtroom located at 500 Poydras Street, Room B-431, New Orleans, Louisiana.

New Orleans, Louisiana, this 9th day of June 2017.

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**